# EXHIBIT A

## MONEY COURIERS


**St. Devon Anthony COVER**


**Dennis Raymond ROWE**


**Seivright Benjamin AFFLICK**


**Robert Hueton COLESPRING**


**Fernando Carlos PERTUZ-Herrera**


**Kimali St. George MYERS**


**Dawnett Rochelle MCGEE**

## DTO SUPPLIERS


**Jose SANCHEZ-Villanueva**


**Argiro VELASQUEZ-Velasquez**

## FACILITATORS/BROKERS


**Jaime Humberto MEJIA-Bencardino**


**German MILLAN-Padilla**


**Oscar RODRIGUEZ-Camargo**


**Abdul Mauricio HARB-GOMEZ**


**Yimy Rafael SANCHEZ-Jimenez**


**Andres Rached FARAH**

## BUSINESS OWNERS


**Willian Faustino ACOSTA-Calderin**


**Manuel Ramon CALDERIN-Calderin**


**Jose Alirio ABRIL-Sequera**


**Harold AYALA-Pinedo**