# EXHIBIT C




